UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

The R & L Group LLC,                                        Case No. 06-44591-SWR
                                                            Chapter 7
                    Debtor.                                 Hon. Steven W. Rhodes
_____/

NOTICE OF UNCLAIMED DIVIDENDS

To the Clerk of the Court:

        The attached check in the amount of $                , which represents unclaimed dividends
in this estate and is paid to the Court pursuant to 11 U.S.C. §347.  The name and address of the
party entitled to the unclaimed dividends is:

CLAIM
NUMBER                      CLAIMANT                         AMOUNT
5                           Christian Brothers Plumbing, Inc.     $9.62
                            C/O Marty A. Burnstein, Attorney
                            P.O. Box 252803
                            West Bloomfield, MI 48325-2803

                                        **Total:**        **$9.62**


DATED: August 17, 2010

                                            /s/  Mark H. Shapiro (P43134)
                                            Trustee
                                            25925 Telegraph Road, Suite 203
                                            Southfield, MI  48033
                                            (248) 352-4700
                                            shapiro@steinbergshapiro.com